AO 93 (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One Acura MDX Automobile
Vehicle Identification Number;
2HNYD182X1H504176
California License Plate: 5YNS295
Gold in color

## SEARCH WARRANT

Case Number: '07 MJ 8944

FILED
NOV 2 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: Luis A. Saenz and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Luis A. Saenz** (Affiant) who has reason to believe

that ☐ on the person of, or ✓ on the premises known as (name, description and/or location)

SEE ATTCHMENT A

in the **SOUTHERN** District of **CALIFORNIA** there is now concealed a certain person or property, namely (describe the person or property)

SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **12-1-07**
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ✓ in the daytime — 6:00 AM to 10:00 P.M. ☐ ~~at anytime in the day or night~~ as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
PETER C. LEWIS as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

**11-21-07 @ 12:38 pm** at EL CENTRO, CALIFORNIA
Date and Time Issued                     City and State

Peter C. Lewis, U. S. Magistrate Judge
Name and Title of Judge


Signature of Judge

AO 93        (Rev. 12/03)  Search Warrant (Reverse)

| RETURN | Case Number: 07MJ8944 |
|---|---|

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/21/2007 | 11/23/2007 @ 12:37 P.M. | |

INVENTORY MADE IN THE PRESENCE OF
Special Agent Christopher Miller

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Discovered and removed from within the vehicle were:

One parking receipt #16302, one parking receipt #15309, one parking receipt #11759
One gas receipt
One bus ticket
The vehicle's registration and proof of insurance
An envelope (parcel of mail)
Bank deposit receipts and bank deposit envelopes
Phone cards for pre-paid phone
Invoice for repairs to automobile
One receipt for automobile tow service
Scratch paper
Gas receipts

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____                              11-26-07
Signature of Judge                                                Date

ATTACHMENT A

DESCRIPTION OF PROPERTY TO BE SEARCHED

The subject vehicle is a four door, 2001 gold Acura MDX sports utility vehicle, bearing California license plate #5YNS295 and Vehicle Identification Number 2HNYD182X1H504176 registered to Patricia Marie CHAIDEZ of 12566 Bellder Drive, Downey, California. The subject vehicle has been seen parked in a public parking facility located at 201 West 2nd Street, Calexico, California.

# ATTACHMENT B

## ITEMS TO BE SEIZED:

After United States Immigration and Customs Enforcement officers gain access to the Acura MDX sports utility vehicle, bearing Vehicle Identification Number: 2HNYD182X1H504176, bearing California license plate: 5YNS295, gold in color, the automobile will be searched for the following information:

a. Documents relating to or memorializing the ordering, purchase, storage, transportation or sale of controlled substances, including buyer lists, seller lists, owe-pay sheets and records of sales, log books, controlled substances ledgers, personal telephone/address books, or notebooks/notepads suppliers, telephone answering pads, records relating to domestic and foreign travel such as credit card receipts, travel schedules, receipts and records, and storage records, such as storage locker receipts;

b. Articles of personal property evidencing the existence of a conspiracy to possess and transport controlled substances, including personal telephone/address books, notebooks/notepads, and papers and documents consisting of lists of names, telephone numbers and/or direct connect numbers;

c. Documents and articles showing the identity of persons occupying, possessing, or controlling the automobile to be searched, and;

d. Maps, travel itineraries, addresses, or destinations.

Which are believed to be information constituting evidence of the commission of a criminal offense, to wit: violations of Title 21, United States Codes, 952, 960, and 841(a)(1).